UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD T. PARMLEE,<br>*Plaintiff,* | : | |
| | : | |
| v. | : | No. 3:21-CV-1294(MPS) |
| | : | |
| OFFICE OF ATTORNEY GENERAL, ET AL<br>*Defendants.* | : | |

RULING ON PLAINTIFF'S MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

On September 29, 2021, plaintiff, Richard T. Parmlee (hereinafter, "plaintiff"), commenced this action, *pro se*, against defendants Office of Attorney General and Department of Revenue Services. Doc. No. 1. The plaintiff also filed a Motion for Leave to Proceed *in Forma Pauperis*. Doc. No. 3. Plaintiff's application seeking to proceed without payment of fees and costs includes a sworn statement as to his current financial circumstances titled "Application to Proceed in District Court without Prepaying Fees or Costs[.]" *See* Doc. No. 3. On October 13, 2021, United States District Judge Michael P. Shea referred this motion to the undersigned for a ruling. Doc. No. 9. For the reasons set forth below, the Court **GRANTS** plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc. No. 3).

"The decision to grant or deny leave to proceed *in forma pauperis* is within the sound discretion of the court." *Patterson v. Rodgers*, 708 F. Supp. 2d 225, 230 (D. Conn. 2010) (internal citations omitted) (citing *Monti v. McKeon*, 600 F. Supp. 112, 113 (D. Conn. 1984)). A motion to proceed *in forma pauperis* must be filed with the district court and accompanied by an affidavit that includes "a statement of all assets [and]…that the person is unable to pay [the] fees or give security therefor." 28 U.S.C. § 1915(a).

In his motion, plaintiff included a sworn statement as to his current financial circumstances. Doc. No. 3.  Plaintiff appears to qualify for *in forma pauperis* status based on the financial information provided.  With respect to his income, plaintiff relies on a monthly disability pension check from the Department of Veteran Affairs in the amount of $849.00, and Social Security Benefits in the amount of $534.00.  Doc. No. 3, at 2.  While the Court notes that plaintiff failed to include any information about his current employment, he subsequently mentions an "inability to obtain gainful employment[,]" leading the Court to reasonably infer that he is currently unemployed and relying on the government benefits identified above.  Doc. No. 3, at 2.  Plaintiff's monthly income totals $1,383.00.  Doc. No. 3.  Plaintiff asserts that he is unable to pay the costs of these proceedings because he has no assets, is on a limited monthly income, and has monthly expenses of approximately $1300.00.  Doc. No. 3, at 2.  The Court finds that plaintiff's disability pension and social security benefits payments narrowly cover his monthly expenses and the added cost of paying the Court's filing fees would cause an undue burden.  At this stage, such allegations are sufficient to establish that plaintiff is unable to pay the ordinary filing fees required by the Court. 28 U.S.C. §1915(a)(1). Accordingly, plaintiff's Motion for Leave to Proceed *in Forma Pauperis* (Doc No. 3) is **GRANTED.**

**SO ORDERED**, on this 4th day of January, 2022, at Bridgeport, Connecticut.

>     */s/  S. Dave Vatti*
>     Hon. S. Dave Vatti
>     United States Magistrate Judge